# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

EMPLOYERS MUTUAL CASUALTY COMPANY                                    PLAINTIFF

V.                                         CIVIL ACTION NO. 4:07-CV-00057-WAP-EMB

RLI INSURANCE COMPANY                                                DEFENDANT

## ORDER GRANTING EXTENSION OF TIME

This matter is before the Court on Plaintiff Employers Mutual Casualty Company's unopposed motion ore tenus for an additional day to file Memorandum Brief In Support of Motion For Summary Judgment. After giving due consideration to this matter, the Court is of the opinion that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall have until February 12, 2008, in which to file its Memorandum Brief In Support of Motion For Summary Judgment.

THIS 12th day of February, 2008.

/s/ Eugene M. Bogen
U. S. MAGISTRATE JUDGE