IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**EMPLOYERS MUTUAL CASUALTY COMPANY**                      **PLAINTIFF**

V.                            **CIVIL ACTION NO. 4:07-cv-00057-WAP-EMB**

**RLI INSURANCE COMPANY**                                    **DEFENDANT**

**ORDER GRANTING EXTENSION OF TIME**

This matter is before the Court on Defendant RLI Insurance Company's unopposed motion ore tenus for an additional day to file its Motion(s) for Summary Judgment. It is further agreed by the Parties that Defendant's response is triggered upon the filing of Employer Mutual Casualty Company's ("EMCC") Memorandum Brief in Support of Motion for Summary Judgment. After giving due consideration to this matter, the Court is of the opinion that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that Defendant shall have until February 12, 2008, in which to file its Motion(s) for Summary Judgment, and that the deadline for Defendant's response to EMCC's Motion for Summary Judgment shall be triggered upon the filing of EMCC's Memorandum Brief in Support of Motion for Summary Judgment

This 12th day of February, 2008.

                                                           /s/ Eugene M. Bogen
                                                           U. S. MAGISTRATE JUDGE

Order Submitted By:
s/Brian B. Hannula
Brian B. Hannula, MSB #101150
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 South Lamar Street, Suite 100
Jackson, MS 39201-4099
Post Office Box 22608
Jackson, MS 39225-2608
Phone: (601) 960-8600
Facsimile: (601) 960-8613